UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CHASTITY LUND, | Civil No. 10-0028 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| PRECISION PIPELINE, LLC, | |
| Defendants. | |

_____

John Fabian, III, **FABIAN MAY & ANDERSON**, 80 South Eighth Street, Suite 1285, Minneapolis, MN 55402, for plaintiff.

Kurt Erickson and Sarah Fleegel, **JACKSON LEWIS LLP,** 225 South Sixth Street, Suite 3850, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on August 6, 2010 [Docket No. 22].

**IT IS HEREBY ORDERED** that the above-entitled civil action by Plaintiff against Defendant is **DISMISSED WITH PREJUDICE** and on the merits, with all parties to bear their own costs, disbursements, and attorneys' fees. The Court's Protective Order in this case survives dismissal of the action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 9, 2010
at Minneapolis, Minnesota.

                                                            s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                           United States District Judge